**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BRENDA D. BAILEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     **CIV-06-1261-R** |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered August 21, 2007. Doc. No. 20. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the decision of the Commissioner is REVERSED and this matter is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

**It is so ordered this 27th day of September, 2007.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE