# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRENDA D. BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-06-1261-R |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered February 6, 2008. Doc. No. 32. No Objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, Plaintiff's motion for attorney fees is GRANTED and Plaintiff is awarded attorney fees in the amount of $4,243.80 made payable to Plaintiff.

ENTERED this 28th day of February, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE